1  Tiffany Truong

2  4605 S. Priest, Apt# 272

3  Tempe, AZ 85282

4  (480) 747-5700

   Plaintiff In Pro Se

5

6

7

8

                IN THE UNITED STATES DISTRICT COURT

                        DISTRICT OF ARIZONA

9

10

11  Tiffany Truong,                          CASE NO.:    CV 12-1699-PHX-NVW

12

13          Plaintiff,                        FDCPA AND FRAUD COMPLAINT.

14      v.                                    DEMAND FOR JURY TRIAL.

15  Portfolio Recovery Associates, LLC.,

16  Guglielmo & Associates,

17          Defendants.

18

19

20                          **COMPLAINT**

21      Plaintiff, Tiffany Truong, individually, hereby sues Defendants, Portfolio Recovery

22  Associates, LLC, et al, for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C.

    § 1692(e)(2), 1692f , 1692(f)(1) and 15 U.S.C.§2042g(b).

23                      **PRELIMINARY STATEMENT**

24      1.  This is an action for damages and injunctive relief brought by Plaintiff against

25          Defendants for violations of the Fair Debt Collection Practices Act

26          (FDCPA)15 U.S.C. § 1692f, Fair Debt Collection Practices Act (FDCPA) 15

27          USC § 1692f(1) and 15 U.S.C.§2042g(b).

28

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged debt which does not belong to Plaintiff.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1681p and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

## PARTIES

6. Plaintiff, Tiffany Truong, is a natural person and is a resident of the State of Arizona.

7. Upon information and belief Defendant, Portfolio Recovery Associates, LLC. is an entity authorized to do business in Arizona.

8. Guglielmo & Associates ("Defendant") is furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2. Defendant have been hired by Portfolio Recovery Associates, LLC. to carry out the unlawful act.

## FACTUAL ALLEGATIONS

1. On reviewing his Credit Report, Plaintiff discovered that Defendants wrongfully reported in Experian, Equifax and TransUnion a debt which Plaintiff has no knowledge about. See Exhibit P1.

2. On or about June 22, 2012, Plaintiff sent a Request for Validation of Debt to Defendants by Certified Mail Number 7011 1570 0003 7479 4556, allowing Defendants an opportunity to cure. However, Plaintiff has not received any reply from Defendants.

3. Defendants never lent any money to Plaintiff and Plaintiff believes there is no evidence to the contrary.

4. Plaintiff never signed a Note or Contract, exhibiting all the necessary requirements of a contract by operation of law for the debt allegedly owed to the Defendants and Plaintiff believes there is no evidence to the contrary.

5. Defendants has failed to disclose origin of any loan or money lent and Plaintiff believes there is no evidence to the contrary.

6. Defendants has failed to disclose history or provenance of any loan or money lent and Plaintiff believes there is no evidence to the contrary.

7. Defendants has never produced evidence that they loaned United States Dollars as required by Federal Law and United States Treasury Regulations.  This failure or omission or even negligent behavior is an illegal act, **a felony**. Plaintiff never saw any money and is unaware of any contract for loan proceeds that exists between Plaintiff and Defendants and Plaintiff believes there is no evidence to the contrary.

## COUNT I

## VIOLATION OF FAIR DEBT COLLECTION  PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY PORTFOLIO RECOVERY ASSOCIATES, LLC.

8. Plaintiff alleges and incorporates the information in paragraphs above.

9. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3)

10. Defendants are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

11. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following:

(a) Defendants violated 15 U.S.C. §1692e(2) by falsifying the character, amount and legal status of the alleged debt.

(b) Defendants violated 15 U.S.C. §1692f by conducting an unfair and unconscionable means to collect or attempt to collect the alleged debt that does not belong to consumer.  Thereby Defendants defrauded the court and Plaintiff.

(c) Defendants violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal

obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

(d) Defendants continued collection activity after receiving notice of dispute, and failed to provide written validation of debt before resuming collection activities, in violation of 15 U.S.C.§2042g(b).

**WHEREFORE,** Plaintiff demands judgment for damages against each Defendant, for statutory damages, punitive damages, actual damages that would include any adverse ruling in state court, and attorney's fees and costs, pursuant to 15 U.S.C. § 1692.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this on _____

Tiffany Truong

4605 S. Priest, Apt# 272

Tempe, AZ 85282

(480) 747-5700

Plaintiff In Pro Se

[Type text]                    FDCPA AND FRAUD COMPLAINT                    4

1

2

3

## Exhibit P1

4

5

6

7

8

9

10

| PORTFOLIO RECVRY&AFFIL | | Experian | Equifax | TransUnion |
|---|---|---|---|---|

| [X] Potentially Negative | | | | |
|---|---|---|---|---|
| | Account Name | PORTFOLIO RECVRY&AFFIL | PORTFOLIO RECOVERY A | PORTFOLIO RC |
| | Account # | | HSBC -0109613116XXXX | 7001096131116XXXX |
| 800-772-1413 | Account Type | Debt Purchase | Open Account | Collection Account |
| | Balance | | $790.00 | $1,299.00 |
| 120 CORPORATE BLVD STE 1 | Past Due | $1,299.00 | $790.00 | |
| NORFOLK, VA 23502 | Date Opened | 4/1/2009 | 4/1/2009 | 4/17/2009 |
| | Account Status | Closed | Closed | Open |
| | Mo. Payment | | | |
| | Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | At least 120 days or more than four payments past due | Collection account |
| | High Balance | | $3,299.00 | |
| | Limit | | | |
| | Terms | 1 Month | | |
| | Comments | | COLLECTION ACCOUNT | Placed for collection |

**24/Mo Payment History**

| Month | 2010 | | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
| Experian | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28