IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Truong, | No. CV-12-01699-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Portfolio Recovery Associates, LLC; Guglielmo & Associates, | |
| Defendants. | |

Plaintiff having failed to comply with the Court's Order (Doc. 11) of November 5, 2012,

IT IS ORDERED directing the Clerk's Office to dismiss the above-entitled action without prejudice.

DATED this 13th day of December, 2012.

_____
Neil V. Wake
United States District Judge